IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-40063
_____

MARK ERIC WRIGHT
         Plaintiff - Appellant

     v.

GAYLE HOLLINGSWORTH, Etc; ET AL
         Defendants
GAYLE HOLLINGSWORTH, Registered Nurse at Telford,
Individually and in official capacity
         Defendant - Appellee

_____

Appeal from the United States District Court
for the Eastern District of Texas, Texarkana
_____

June 11, 2001

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH,
     WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES,
     STEWART, PARKER and DENNIS, Circuit Judges.

PER CURIAM:

     This case is REMANDED to the original panel for

reconsideration in the light of Booth v. Churner, 121 S. Ct. 1819,

2001 WL 567712 (May 29, 2001).